# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TENIYA BOOKER,<br><br>                Plaintiff,<br><br>   v.<br><br>DELTA ENTERPRISE CORP.,<br><br>                Defendant. | Civil Action No. 1:25-cv-00064<br>Hon. Charles P. Kocoras |

## NOTICE OF SETTLEMENT

      The parties, by their respective counsel, hereby provide notice to the Court that they have reached a settlement in this matter. The parties request that all deadlines and court dates in the case be stricken and this matter be set for status in 30 days or a date convenient for the Court to allow the parties to prepare and execute the Settlement Agreement and payment to be exchanged. The parties anticipate completing the settlement and filing a Stipulation to Dismiss within this 30-day period.

                                                            Respectfully Submitted,

| | |
|---|---|
| TENIYA BOOKER | DELTA ENTERPRISE CORP. |
| | |
| By: */s/    Benjamin Sweet* | By: /s/    *James J. Sipchen* |
| Benjamin Sweet (IL Bar No. 87338) | James J. Sipchen (IL Bar No. 6226113) |
| Nye, Stirling, Hale, Miller & Sweet, LLP | Rachel L. Grajewski (IL Bar No. 63435642) |
| 101 PENNSYLVANIA BOULEVARD | PRETZEL & STOUFFER, CHARTERED |
| Pittsburgh, PA 15228 | 200 S. Wacker Drive, Suite 2600 |
| ben@nshmlaw.com | Chicago, Illinois 60606 |
| | jsipchen@pretzel-stouffer.com |
| | rgrajewski@pretzel-stouffer.com |

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on March 4, 2025, the foregoing, Notice of Settlement, was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Benjamin J. Sweet
Jonathan D. Miller
Nye, Stirling, Hale, Miller & Sweet LLP
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228
ben@nshmlaw.com
jonathan@nshmlaw.com

/s/ *James J. Sipchen*
James J. Sipchen (IL Bar No. 6226113)
PRETZEL & STOUFFER, CHARTERED
200 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Tel: (312) 346-1973
jsipchen@pretzel-stouffer.com